Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>I'M PERFECT, LLC, a California limited liability company,<br><br>Defendant. | Case No. 06-cv-7313-FMC (SSx)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK |

THE JUDGMENT DEBTOR, I'M PERFECT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY having judgment entered against them on August 16, 2007:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and

---

1 | Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that
2 | Defendant has failed to pay the total amount of said judgment; and that Defendant
3 | is indebted to Plaintiff.
4 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
5 | against Defendant be renewed in the amount of $101,492.72 which is broken down
6 | as follows:

| | | |
|---|---|---:|
| a. | Unpaid Contributions | $55,542.86 |
| b. | Auditing Costs | $3,341.25 |
| c. | Liquidated Damages | $15,795.45 |
| d. | Interest | $15,197.26 |
| e. | Court Costs | $680.50 |
| f. | Attorney's Fees | $5,222.29 |
| | Subtotal (Judgment as Entered) | $95,779.61 |
| g. | Interest after judgment computed from August 16, 2007 through October 11, 2016 | $5,713.11 |
| | **GRAND TOTAL:** | **$101,492.72** |

Dated: October 20, 2016

s/ J. Remigio
CLERK, DEPUTY
UNITED STATES DISTRICT COURT

Presented by:

WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD

BY: /s/ Kathryn J. Halford
    KATHRYN J. HALFORD
Attorneys for Judgment Creditors